UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| FRANCES M. DALE )<br>)<br>    Plaintiff      )<br>)<br>v.                            )<br>)<br>O'MAC COIN LAUNDRIES, INC.,  )<br>d/b/a SUNRISE WASH MART, LLC.,  )<br>and GATOR UNIVERSITY SUNRISE )<br>LLC.,<br>    Defendants   )<br>_____) | Case No.: 16-cv-61115-UU |

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, FRANCES M. DALE, in accordance with the Court's Local Rule 16-15.7 and the instruction of the Court, Plaintiff hereby submits this Notice of Settlement to Notify the Court that the lawsuit has been settled as to all Defendants, and request ten (10) days in which to execute the settlement agreement and file the dismissal.

Respectfully Submitted,         Dated:  November 10, 2016

                                *s/ Debi Gheorge-Alten*_____
                                Debi Gheorge-Alten, Esq.
                                Bar Number 123455
                                Attorney for Plaintiff
                                Debi Gheorge-Alten, P.A.
                                E-Mail: daltenlaw@att.net
                                P.O. Box 771105
                                Coral Springs, FL 33077
                                Telephone: (954) 575-9229
                                Fax: (954) 575-9339

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 10, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/EMCF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,                              Dated:  November 10, 2016


                                                        *s/ Debi Gheorge-Alten*_____
                                                        Debi Gheorge-Alten, Esq.
                                                        Bar Number 123455
                                                        Attorney for Plaintiff
                                                        Debi Gheorge-Alten, P.A.
                                                        E-Mail: daltenlaw@att.net
                                                        P.O. Box 771105
                                                        Coral Springs, FL 33077
                                                        Telephone: (954) 575-9229
                                                        Fax: (954) 575-9339

## SERVICE LIST

MINERLEY FEIN, P.A.
Stephanie Griffin
Fl. Bar No.: 85019
Kenneth L. Minerley
Fl. Bar No.: 521840
Attorneys for the Defendant O'Mac
1200 N. Federal Highway, Suite 420
Boca Raton, FL  33432
Phone: 561-362-6699
Fax:  561-447-9884
Stephanie@minerleyfein.com
Ken@minerleyfein.com
litigation@minerleyfein.com
fileclerk@minerleyfein.com

TOBIN & REYES, P.A.
Carrie Stolzer Robinson
Fl. Bar No.:  0354030
Ricardo A. Reyes
Fl. Bar No.: 864056
Attorneys for Gator University Sunrise, LLC.
225 N. E. Mizner Blvd., Suite 510
Boca Raton, FL  33432
Phone: 561-620-0656
Fax: 561-620-0657
rar@tobinreyes.com
csrobinson@tobinreyes.com