UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:16-cv-61115-UU

FRANCES M. DALE,

    Plaintiff,

v.

O'MAC COIN LAUNDRIES,
INC., *et al.*,

    Defendants.

_____

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. Pursuant to this Court's November 14, 2016 Order, D.E. 42, the parties were required to file all papers related to the settlement reached by the parties, including any order of dismissal stating specific terms and conditions, by December 2, 2016. The parties have failed to file such papers. In the Order, this Court warned the parties that failure to comply would result in dismissal without further notice. Accordingly, it is hereby

ORDERED AND ADJUDGED that this cause is DISMISSED.

DONE AND ORDERED in Chambers at Miami, Florida, this _19th__ day of January, 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record